FILED

06/07/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0453

## IN THE SUPREME COURT OF THE STATE OF MONTANA
## DA 22-0453

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

BRIAN ROBERT BENEDICT,

    Defendant and Appellant.

## ORDER

Upon reading and filing Unopposed Motion for Extension of Time to File Reply Brief, by attorney Penelope S. Strong, and good cause appearing, wherefore;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED,** and the deadline set to file the Reply Brief in this case is hereby extended from June 10, 2024, to June 17, 2024.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 7 2024